UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THIRD DEGREE FILMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOES 1-8, )<br>)<br>Defendants. )<br>) | Civil Action Case No. 1:12-cv-01329-EGS-JMF |

**NOTICE OF FILING PLAINTIFF'S OBJECTION TO MAGISTRATE'S RULING**

PLEASE TAKE NOTICE, pursuant to LCvR 72.2, Plaintiff, Third Degree Films, Inc., hereby files its Objection to Magistrate Judge Facciola's Memorandum Order.

Dated: October 9, 2012

Respectfully Submitted,

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #438866
Counsel
Maddox, Hoppe, Hoofnagle &
Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

/s/ *Jon. A. Hoppe*
Jon A. Hoppe

1