UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THIRD DEGREE FILMS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOES 1-8, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:12-cv-01329-EGS-JMF |

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF ALL JOHN DOES

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses all John Does ("Defendants") from this action without prejudice. Defendants were assigned the IP addresses 68.48.150.241, 68.48.53.172, 68.48.79.76, 68.49.1.201, 68.55.108.213, 141.156.212.113, 173.73.124.127 and 71.191.1.12, respectively. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 10, 2013

Respectfully Submitted,

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #438866
*Counsel for Plaintiff*
Maddox, Hoppe, Hoofnagle &
Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

1

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 10, 2013 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                    By: /s/ *Jon A. Hoppe*
                                                        Jon A. Hoppe